COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-405-CV

 

ARTURO
GUERRA, SR., INDIVIDUALLY,                                APPELLANTS

MARGARITA MUNIZ,
INDIVIDUALLY,

MISTY R. GUERRA,
INDIVIDUALLY, AND

EACH AS AUTHORIZED
REPRESENTATIVES

OF THE ESTATE OF ARTURO
GUERRA, JR., 

DECEASED

 

                                                   V.

 

TRUMAN
DEWESS, AH, L.L.C., GENERAL                                APPELLEES

PARTNER OF AGGREGATE
HAULERS I, L.P.

D/B/A AGGREGATE HAULERS,
RUMCO, INC.

AND 4‑B TRUCKING,
INC.

 

                                               ----------

               FROM
THE 271ST DISTRICT COURT OF WISE COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------








We have considered appellants= AWithdrawal
Of Notice Of Appeal,@ which we treat as a motion to
dismiss this appeal.  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Appellants shall pay all costs of this appeal,
for which let execution issue.

 

PER
CURIAM

 

 

PANEL D:   DAUPHINOT, HOLMAN, and GARDNER, JJ.

 

DELIVERED: December 29,
2005











[1]See Tex. R. App. P. 47.4.